Charles R. Wells, administrator, appellee, v. Louis Benson, appellant. Gen. No. 32,305.

Opinion filed May 2, 1928.

Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. O'Connell, Herr & Arvey, for appellee; John F. O'Connell and Simon Herr, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.